UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREA FALZANO,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No.    23cr10042<br><br>Violations:<br><br>Counts One through Three: Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge<br>(21 U.S.C. § 843(a)(3)) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

On or about August 27, 2019, in the District of Massachusetts, the defendant,

ANDREA FALZANO,

did knowingly and intentionally acquire and obtain hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital A in Burlington, Massachusetts, did divert hydromorphone from Hospital A.

All in violation of Title 21, United States Code, Section 843(a)(3).

COUNT TWO
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury further charges:

On or about September 29, 2019, in the District of Massachusetts, the defendant,

ANDREA FALZANO,

did knowingly and intentionally acquire and obtain hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital A in Burlington, Massachusetts, did divert hydromorphone from Hospital A.

All in violation of Title 21, United States Code, Section 843(a)(3).

## COUNT THREE
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The Grand Jury further charges:

On or about October 7, 2019, in the District of Massachusetts, the defendant,

## ANDREA FALZANO,

did knowingly and intentionally acquire and obtain hydromorphone and morphine, Schedule II controlled substances, by misrepresentation, fraud, deception, and subterfuge, in that the defendant, while working as a nurse at Hospital A in Burlington, Massachusetts, did divert hydromorphone and morphine from Hospital A.

All in violation of Title 21, United States Code, Section 843(a)(3).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 843, set forth in Counts 1 through 3, the defendant,

ANDREA FALZANO

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

EVAN D. PANICH
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: February 22, 2023
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T .Vieira, signed at 12:21

DEPUTY CLERK